CHARLOTTE HAYNOR, Respondent, *v.* THE AMERICAN POPULAR LIFE INSURANCE COMPANY, Appellant.

(Argued April 29, 1875; decided May 25, 1875.)

*George Bliss* for the appellant.

*L. R. Marsh* for the respondent.

Agree to affirm.   No opinion.
All concur.
Judgment affirmed.